SABATINI LAW FIRM, LLC
**CARLO SABATINI**
**KRISTIN SABATINI**

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
**Satellite Office:** Wilkes-Barre 823-9000

November 23, 2026

Bankruptcy Clerk's Office
U.S. Bankruptcy Court
197 S. Main St.
Wilkes-Barre, PA 18701

**RE: In re Maria Angeles Escobar**
**U.S. Bankruptcy Court Case No. 5:26-bk-02898-MJC**

Dear Sir or Madam:

The notice sent to Power Pay LLC in the above case was returned to our office because the address was incorrect. Kindly change the address for Power Pay LLC on the mailing matrix to the following:

| OLD ADDRESS: | NEW ADDRESS: |
|---|---|
| Power Pay LLC | Power Pay LLC |
| Attn: Bankruptcy | PO Box 62426 |
| 2900 Horizon Dr. Ste 200 | King of Prussia, PA 19406-0389 |
| King of Prussia, PA 19406-2651 | |

Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Sincerely yours,

s/Tiffany Bator
Tiffany Bator
Paralegal

/tlb