Carlo Sabatini, ID # 83831
Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re Maria Angeles Escobar,<br>Debtor | Chapter 7<br><br>Case No. 5:26-bk-02898-MJC |

**CERTIFICATE OF SERVICE**

I, Ashley Weisenfluh, hereby certify that I am today, November 23, 2026, serving a true and correct copy of Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines upon the below creditor by depositing said document in the United States mail, first class, postage prepaid, addressed as follows:

Power Pay LLC
PO Box 62426
King of Prussia, PA 19406-0389

Dated: November 23, 2026

/s/Ashley Weisenfluh
Ashley Weisenfluh